IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02058-CMA-KLM

GATES CORPORATION, a Delaware corporation,

   Plaintiff,

v.

DORMAN PRODUCTS, INC., a Pennsylvania corporation,

   Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on an **Unopposed Motion for a 14-Day Extension to Respond to Plaintiff's and Defendant's First Set of Interrogatories and Document Requests** [Docket No. 32; Filed December 18, 2009] (the "Motion for Extension") and a **Motion for Entry of a Stipulated Protective Order** [Docket No. 33; Filed December 18, 2009] (the "Motion for Protective Order").

IT IS HEREBY **ORDERED** that the Motion for Extension is **GRANTED**. Defendant shall respond to Plaintiff's First Set of Interrogatories and Document Requests on or before **January 6, 2010**. Plaintiff shall respond to Defendant's First Set of Interrogatories and Document Requests on or before **January 25, 2010**.

IT IS FURTHER **ORDERED** that the Motion for Protective Order is **GRANTED**. The Stipulated Protective Order [Docket No. 33-2] is **accepted** for filing and is entered as an Order of the Court with interlineations as of the date of this Minute Order.

Dated: December 21, 2009