IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02058-CMA-KLM

GATES CORPORATION, a Delaware corporation,

Plaintiff,

v.

DORMAN PRODUCTS, INC., a Pennsylvania corporation,

Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Joint Motion to Amend the Expert Deadlines** [Docket No. 58; Filed March 25, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The deadlines in the Scheduling Order [Docket No. 18] are amended as follows:

| | |
|---|---|
| Deadline to Designate Expert Witnesses | June 16, 2010 |
| Deadline to Designate Rebuttal Expert Witnesses | July 17, 2010 |

Dated: March 25, 2010