**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02058-CMA-KLM

GATES CORPORATION, a Delaware corporation,

    Plaintiff,

v.

DORMAN PRODUCTS, INC., a Pennsylvania corporation,

    Defendant.

---

**ORDER DIRECTING CLERK TO ENTER JUDGMENT PURSUANT
TO DEFENDANT DORMAN PRODUCTS, INC.'S OFFER FOR JUDGMENT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 68**

---

The Court having reviewed Defendant Dorman Products, Inc.'s Offer for Judgment Pursuant to Federal Rule of Civil Procedure 68 (Doc. # 62), hereby ORDERS the Clerk of the Court to enter judgment under the following terms:

    1.    Defendant, its officers, agents, and employees and all others acting at the direction of Defendant to advertise, sell or distribute automatic belt tensioners are permanently enjoined from using the following phrases, individually or in combination, or any reasonably colorable variation of them in advertising, sales promotion or distribution of automatic belt tensioners:

    a)    "All SAE Specifications,"

    b)    "OE Solutions,"

  c) "OE Quality,"

  d) "OE Performance."

IT IS FURTHER ORDERED that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

  DATED: May __24__, 2010

              BY THE COURT:

              *Christine M Arguello*
              _____
              CHRISTINE M. ARGUELLO
              United States District Judge